PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

IN THE UNITED STATES DISTRICT COURT

FOR THE Southern DISTRICT OF TEXAS

Galveston DIVISION

United States Courts
Southern District of Texas
FILED
JUL 09 2026
Nathan Ochsner, Clerk of Court

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

Joshua-David (Mcferran)
PETITIONER
(Full name of Petitioner)

Brazoria County Jail
CURRENT PLACE OF CONFINEMENT

vs.

SO# 185977
PRISONER ID NUMBER

Sheriff Bo Stallman
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

93022-CR 3:26-cv-217
CASE NUMBER
(Supplied by the District Court Clerk)

---

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**What are you challenging?** (Check all that apply)

- ☒ A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
- ☐ A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
- ☐ A disciplinary proceeding. (Answer Questions 1-4,15-19 & 20-25)
- ☐ Other:__________ (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
**Note:** In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: 239th District Court, Brazoria County, Texas

2. Date of judgment of conviction: July 22nd, 2025

3. Length of sentence: 60 Years TDCJ

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: Docket # N/A, F1 Theft of Property aggregated exceeding $300K in Value

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one) ☐ Not Guilty ☒ Guilty ☐ Nolo Contendere

6. Kind of trial: (Check one) ☐ Jury ☒ Judge Only

7. Did you testify at trial? ☒ Yes ☐ No

8. Did you appeal the judgment of conviction? ☒ Yes ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? 14th Court of Appeals Cause Number (if known) N/A

   What was the result of your direct appeal (affirmed, modified or reversed)? Pending

   What was the date of that decision? N/A

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised: ______

   ______

   Result: ______

   Date of result: ______ Cause Number (if known): ______

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: ______

   Date of result: ______

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed. ☒ Yes ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: ~~Texas Court of Criminal Appeals~~ 239th District Court, Brazoria County, Texas

    Nature of proceeding: Art. 11.07 (Tex. C. Crim. P.) Application

    Cause number (if known): Tr. Ct. #93022-CR-J

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: October 14th, 2025

Grounds raised: Lack of Personal Jurisdiction, 14th Amendment due Process Violation, State's Lack of Authority

Date of final decision: Jan. 22nd, 2026

What was the decision? Dismissed without PreJudice w/out written order

Name of court that issued the final decision: tex. Court of Criminal Appeals

As to any second petition, application or motion, give the same information:

Name of court: Court of Criminal Appeals of Texas

Nature of proceeding: motion for En Banc Reconsideration

Cause number (if known): Tr. Ct. # 93022-CR-J

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: N/A

Grounds raised: Exigent and extraordinary intervening circumstances

Date of final decision: march 4th, 2026

What was the decision? Dismissed without written order

Name of court that issued the final decision: tex. Court. of Criminal Appeals

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition? ☐ Yes ☒ No

(a) If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future: ______

(b) Give the date and length of the sentence to be served in the future: ______

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future? ☐ Yes ☐ No

**Parole Revocation:**

13. Date and location of your parole revocation: ______________________________

14. Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation? ☐ Yes ☐ No

If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon? ☐ Yes ☐ No

16. Are you eligible for release on mandatory supervision? ☐ Yes ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation:

______________________________________________________________________

Disciplinary case number: ______________________________

What was the nature of the disciplinary charge against you? ______________________________

18. Date you were found guilty of the disciplinary violation: ______________________________

Did you lose previously earned good-time days? ☐Yes ☐ No

If your answer is "yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing:

______________________________________________________________________

Identify all other punishment imposed, including the length of any punishment if applicable and any changes in custody status:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure? ☐ Yes ☐ No

If your answer to Question 19 is "yes," answer the following:

<u>Step 1</u> Result: ______________________________

Date of Result: ______________________________

Step 2 Result: ______________________________

Date of Result: ______________________________

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A. **GROUND ONE:** State of Texas violated 14th amendment due Process right (Lacked Requisite Authority over Petitioner)

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner never entrusted State of Texas or United States with his inherent authority to govern over him or take his body as surety for Charges, Therefore The State obtained custody and conviction of Petitioner illegally in direct offense against US Const. Preamble and consequently 14th amendment. (See attached memorandum)

B. **GROUND TWO:** ______________________________

______________________________

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______________________________

______________________________

______________________________

______________________________

______________________________

C. **GROUND THREE:** ______________________________

______________________________

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______________________________

______________________________

______________________________

______________________________

______________________________

D. **GROUND FOUR:** ______________________________

______________________________

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______________________________

______________________________

______________________________

______________________________

______________________________

21. Relief sought in this petition: Exoneration or Complete reversal and dismissal of tr. Ct. Cause # 93022-CR.

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition? ☒ Yes ☐ No
If your answer is "yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice or (c) denied.

Case 3:25-cv-00158, Date of filing N/A, U.S. District Court Southern District of Texas Galveston Div. Dismissed W/out prejudice

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition as required by 28 U.S.C. § 2244(b)(3) and (4)? ☐ Yes ☐ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☐ Yes ☒ No

If your answer is "yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging? ☒ Yes ☐ No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. Direct Appeal, 14th Court of Appeals of Texas, Date N/A.

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Ronald Helson, Contact info N/A

(b) At arraignment and plea: Ronald Helson

(c) At trial: Cary Faden,

(d) At sentencing: Cary Faden,

(e) On appeal: Crespin Michael Linton

(f) In any post-conviction proceeding: Joshua Mcferran Pro Se

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

______________________________
Signature of Attorney (if any)

______________________________

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

June, 29, 2026 (month, day, year).

Executed (signed) on 06/29/2026 (date).

Joshua-David (Mcferran)
Signature of Petitioner (required)

Petitioner's current address: Joshua Mcferran SO#185977, 3602 CR 45 Angleton, Texas - 77515